Robert PEOPLES, Plaintiff–Appellant,

v.

Karl VONMUTIUS, Sargeant, Lieber Correctional Institution; D. Nunnally, Captain, Lieber Correctional Institute; Kevin Williams, Officer, Lieber Correctional Institute; Uriel Palmer, Officer, Lieber Correctional Institute; Officer Cox; Mark Selby, Officer, Lieber Correctional Institute; Albert Smith, Corporal, Lieber Correctional Institute; Denise Norwood, Nurse, Lieber Correctional Institute; William Brighthart, Captain, Lieber Correctional Institute, Defendants–Appellees.

---

No. 10–6478.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 2, 2010.

Robert Peoples, Appellant Pro Se. Andrew Todd Darwin, Ginger Goforth, Holcombe, Bomar, Gunn & Bradford, PA, Spatanburg, South Carolina, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Peoples seeks to appeal the magistrate judge's nondispositive orders entered on February 18, 2010, and February 25, 2010. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Peoples seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. Peoples' motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*